IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:24cr316-2 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| RASHAAD KHALID CHE TAYLOR, | : | |
| Defendant | : | |

**ORDER**

**AND NOW**, to wit, this ___ day of April 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** as follows:

1) Defendant Rashaad Khalid Che Taylor's motion to suppress, (Doc. 55, as amended/corrected by Doc. 78) is **DENIED** to the extent that it seeks to suppress evidence derived from his cellphone.

2) Although the motion does not specifically seek such relief, any statements elicited from defendant after he invoked his right to counsel will be suppressed.

3) By way of separate order, this matter will be listed for trial.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court